**LEACH JOHNSON SONG & GRUCHOW**
SEAN L. ANDERSON
Sanderson@leachjohnson.com
Nevada Bar No. 7259
RYAN D. HASTINGS
rhastings@leachjohnson.com
Nevada Bar No. 12394
8945 W. Russell Road, Suite 330
Las Vegas, Nevada 89148
Telephone:	(702) 538-9074
Facsimile:	(702) 538-9113
*Attorneys for Defendant Tapestry at
Town Center Homeowners' Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC;<br><br>Plaintiff,<br><br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS' ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES; SATICOY BAY SERIES 9125 CAREFUL CANVAS; DOE INDIVIDUALS I-IX, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:16-cv-01120-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DATE [ECF NO. 10]** |

Carrington Mortgage Services, LLC ("Plaintiff") and Defendant Tapestry at Town Center Homeowners' Association ("Association") by and through their respective counsel stipulate and agree as follows:

1.  On July 11, 2016, the Association filed a Motion to Dismiss as ECF No. 10.

2.  On July 25, 2016, Plaintiff filed its Opposition to the Association's Motion to Dismiss as ECF No. 12.

3.  The Association's Reply is due on or before August 4, 2016.

4. Attorney Hastings was out of town on from July 25, 2016 through July 29, 2016. Mr. Hasting requires additional time to review Plaintiff's Opposition that was filed while he was out of town.

IT HEREBY STIPULATED AND AGREED that the Association will have a two-week extension to file its Reply.

IT IS FURTHER STIPULATED AND AGREED that the Association's Reply shall be filed on or before **August 19, 2016.**

This is the parties first request of this deadline and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED AND AGREED.

Dated this __5th__ day of August, 2016.

| AKERMAN LLP | LEACH JOHNSON SONG & GRUCHOW |
|---|---|
| __/s/ *Christine M. Parvan*_____ | _____/s/ *Ryan D. Hastings*_____ |
| ARIEL E. STERN, ESQ. | Sean L. Anderson |
| Nevada Bar No. 8276 | Nevada Bar No. 7259 |
| CHRISTINE M. PARVAN, ESQ. | Ryan D. Hastings |
| Nevada Bar No. 10711 | Nevada Bar No. 12394 |
| 1160 Town Center Drive, Suite 330 | 8945 W. Russell Road, Suite 300 |
| Las Vegas, NV  89144 | Las Vegas, NV  89148 |
| *Attorneys for Plaintiff Carrington Mortgage Services, LLC* | *Attorneys for Defendant Tapestry at Town Center Homeowners' Association* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED:  August 8, 2016