1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: ariel.stern@akerman.com
6  Email: natalie.winslow@akerman.com

7  *Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Plaintiff,<br>vs.<br><br>TAPESTRY AT TOWN CENTER HOMEOWNERS ASSOCIATION; TERRA WEST COLLECTIONS GROUP, LLC d/b/a ASSESSMENT MANAGEMENT SERVICES; SATICOY BAY LLC SERIES 9125 CAREFUL CANVAS; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 9125 CAREFUL CANVAS,<br><br>Counterclaimant,<br>vs.<br><br>CARRINGTON MORTGAGE SERVICES, LLC,<br><br>Counterdefendant. | Case No. 2:16-cv-01120-RFB-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF RENEWED MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

Carrington Mortgage Services, LLC (**Carrington**), Tapestry at Town Center Homeowners Association (**Tapestry**), and Saticoy Bay LLC Series 9125 Careful Canvas (**Saticoy Bay**), hereby stipulate and agree that Carrington shall have an additional seven (7) days, up to and including

47169043;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**December 17, 2018**, to file its reply in support of its renewed motion for summary judgment, which is currently due on December 10, 2018, pursuant to ECF No. 65 and ECF No. 66. The motion was filed on November 1, 2018, and the responses were filed by Tapestry and Saticoy Bay on November 26, 2018.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 5th day of December, 2018.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/Natalie L. Winslow* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Carrington Mortgage Services, LLC* | */s/Ryan D. Hastings* <br> SEAN L. ANDERSON, ESQ. <br> Nevada Bar No. 7259 <br> RYAN D. HASTINGS, ESQ. <br> Nevada Bar No. 12394 <br> 2525 Box Canyon Drive <br> Las Vegas, NV 89128 <br><br> *Attorney for Tapestry at Town Center Homeowners Association* |
| **MICHAEL F. BOHN, ESQ., LTD.** <br><br> */s/Michael F. Bohn* <br> MICHAEL F. BOHN, ESQ. <br> Nevada Bar No. 1641 <br> ADAM R. TRIPPIEDI, ESQ. <br> Nevada Bar No. 12294 <br> 2260 Corporate Circle, Suite 480 <br> Henderson, NV 89074 <br><br> *Attorneys for Saticoy Bay LLC Series 9125 Careful Canvas* | |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: December 7, 2018.

2

47169043;1